ANDRÉ BIROTTE, JR.
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
TRACY L. WILKISON (Calif. Bar No. 184948)
Assistant United States Attorney
Deputy Chief, General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone No. (213) 894-0622
    Facsimile No. (213) 894-0141
    E-Mail: Tracy.Wilkison@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR No. 94-977 |
|---|---|---|
| Plaintiff, | ) | **NOTICE OF LODGING OF ORDER FOR DISMISSAL** |
| v. | ) | |
| CARL CASERTA, | ) | |
| Defendant. | ) | |

    Plaintiff United States of America, hereby gives notice that an <u>Order for Dismissal</u> was lodged today with this court.

DATED: July 20, 2010        Respectfully submitted,

                              ANDRÉ BIROTTE, JR.
                              United States Attorney

                              CHRISTINE C. EWELL
                              Assistant United States Attorney
                              Chief, Criminal Division

                                    /s/
                              TRACY L. WILKISON
                              Assistant United States Attorney

                              Attorneys for Plaintiff
                              United States of America