ANDRÉ BIROTTE, JR.
United States Attorney
TRACY L. WILKISON (184948)
Assistant United States Attorney
312 North Spring Street
Los Angeles, California 90012

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>CARL CASERTA,<br><br>                    Defendant. | CR No. 94-977<br><br>ORDER FOR DISMISSAL |

An indictment having been filed or the case otherwise initiated against the above entitled defendant, and the United States Attorney having moved for dismissal Pursuant to Fed. R. Crim. P. 48(a), of the indictment by presentment of this Order,

IT IS HEREBY ORDERED that said indictment be dismissed without prejudice.

_____          _____
Date                              United States District Judge


Presented by:

_____/s/_____
TRACY L. WILKISON
Assistant United States Attorney